In the Matter of the Application of ALFRED S. JULIEN, Petitioner, Appellant, against S. HOWARD COHEN and Others, Respondents, GEORGE E. MACY, Intervenor, Respondent.— For the reasons stated in *Matter of Goldberg* v. *Cohen* (257 App. Div. 675), decided herewith, order unanimously affirmed. Leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

## (October 30, 1939.)

JACOB STEIN, Doing Business under the Firm Name and Style of CLIMAX RUBBER COMPANY, Appellant, v. HAROLD BECHER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

## (October 31, 1939.)

In the Matter of the Application of HOWARD H. SPELLMAN, Petitioner, Respondent, a Candidate Aggrieved, for the Determination by the Court of All the Questions of Law and Fact Arising Out of the Filing of a Petition Purporting to Nominate JOHN J. FITZGERALD, Appellant, for the Office of Councilman, Borough of Manhattan.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

## SECOND DEPARTMENT, OCTOBER, 1939.
## (October 2, 1939.)

MAX BLONDE, Appellant, v. GLICK BROS., INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HENRY M. CHANCE and Others, Suing on Behalf of Themselves and All Other Stockholders of R. HOE & Co., INC., Appellants, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Defendants; and BOUDINOT ATTERBURY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 1006.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MAE FRANCES FAY, as Administratrix, etc., of PATRICK F. HEENEY, Deceased, Respondent, v. PATRICK FRANCIS HEENEY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LILLIAN H. GOETSCHIUS, Appellant, v. HAROLD E. FISHER and MAURICE L. BUELL, Individually and as Copartners, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.